1  Steven Riess, SBN 100131
   Law Offices of Steven Riess
2  456 Montgomery Street, 20th Floor
   San Francisco, CA 94104-1253
3  (415) 989-1970 Telephone
   (866) 298-6055 FAX
4  stevenriess@stevenriess.com

5  Attorney for Plaintiffs Morris

6

7

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 | Julie Ann Morris and The Morris Family QTIP    | Case No. C 06-01224 SC
   | Trust, by and through its trustees, Julie Ann Morris |
12 | and Teresa Morris Franc,                        | STIPULATION OF DISMISSAL AND
   |                                                 | ORDER
13 |         Plaintiffs,                             |

14 | vs.                                             |

15 | ChoicePoint Services, Inc., EquiSearch Services,|
   | Inc., Lee Rothman, and Mellon Investor Services,|
16 | LLC,                                            |
   |                                                 | COMPLAINT FILED: January 18, 2006
17 |         Defendants.                             |

18         It is hereby stipulated by and between the parties to this action through their designated

19 counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to

20 Fed.R.C.P. 41(a)(1).

21 Dated: Sept 25, 2006                    _____
                                           Steven Riess
22                                         Attorney for plaintiff The Morris Family QTIP
                                           Trust
23
   Dated: 9-21-06                          _____
24                                         James W. Poindexter
                                           Attorney for defendants ChoicePoint Services,
25                                         Inc., EquiSearch Services, Inc., Lee Rothman,
                                           and Mellon Investor Services, LLC
26

27 IT IS SO ORDERED.

   Dated: October 23, 2006                 _____
28                                         United States District Court
                                           Judge Samuel Conti

                        Stipulation of Dismissal
                                - 1 -